UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDY MEJIA-CHAVEZ,

                    Petitioner,

          v.                                      C26-0127 TSZ

UNITED STATES IMMIGRATION            MINUTE ORDER
AND CUSTOMS ENFORCEMENT
FIELD OFFICE DIRECTOR,

                    Respondent.

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)     Petitioner's application to proceed in forma pauperis, docket no. 3, is GRANTED.  Petitioner has demonstrated that he is unable to afford the $5.00 filing fee. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 shall be filed without the prepayment of fees.  A scheduling order consistent with General Order 10-25 shall be issued.

     (2)     On or before February 20, 2026, the parties shall indicate whether they consent to proceed before a United States Magistrate Judge.  _See_ General Order 10-25 at ¶ 2.

     (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.  The Clerk is further directed to send a copy of General Order 10-25 to petitioner pro se.

     Dated this 6th day of February, 2026.

                                        Joshua C. Lewis
                                        Clerk

                                        s/Grant Cogswell
                                        Deputy Clerk

MINUTE ORDER - 1