UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDY MEJIA-CHAVEZ,

Petitioner,

v.

JULIO HERNANDEZ; TODD BLANCHE; MARKWAYNE MULLIN; TODD LYONS; and BRUCE SCOTT,

Respondents.

C26-0127 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered July 27, 2026, docket no. 19, the Court referred this matter to the Office of the Federal Public Defender for review and consultation with petitioner. The Office of the Federal Public Defender has since advised the Court via email that it will not seek appointment in this case pursuant to 18 U.S.C. § 3006A. On August 18, 2026, respondents (other than Bruce Scott) informed the Court that pro bono counsel has been appointed to represent petitioner before the Ninth Circuit. *See* Status Report (docket no. 20). The Court hereby makes inquiry whether pro bono counsel (Madeline H. Meth) is willing to also appear on petitioner's behalf in this immigration habeas matter. If so, the requirement of associating with local counsel and pro hac vice fees would be waived. Ms. Meth is requested to advise the Court within thirty (30) days of the date of this Minute Order whether she will seek appointment in this matter.

(2) Petitioner's "EMERGENCY MOTION TO ENFORCE AND MOTION [FOR] TRO," docket no. 15, is RENOTED to October 2, 2026. If Ms. Meth intends to appear and file a renewed or amended petition for a writ of habeas corpus, she shall indicate whether petitioner's pro se motion may be stricken.

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record, petitioner pro se, and the Office of the Federal Public Defender, as well as to pro bono counsel via both email (mmeth@bu.edu) and first-class mail addressed to Madeline H. Meth, Clinical Associate Professor, Appellate Clinic, Boston University School of Law, 765 Commonwealth Avenue, Suite 1304, Boston, MA 02215. The Clerk is further authorized to provide Ms. Meth, upon her request, uncertified copies of the materials filed in this case.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk