UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDY MEJIA-CHAVEZ,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ; TODD BLANCHE; MARKWAYNE MULLIN; TODD LYONS; and BRUCE SCOTT,<br><br>Respondents. | C26-0127 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered September 1, 2026, docket no. 21, the Court inquired of pro bono counsel appointed to represent petitioner before the Ninth Circuit (Madeline H. Meth) whether she was willing to also appear on petitioner's behalf in this immigration habeas matter. Ms. Meth advised the Court via email that she was willing to do so, but she wished to associate with a local attorney who has more expertise in habeas matters. On October 23, 2026, Georgina Olazcon Mozo, Director of the Immigration Law Clinic at the University of Washington School of Law, filed a notice of appearance, docket no. 23. Within fourteen (14) days of the date of this Minute Order, counsel of record in this matter shall meet and confer and file a Joint Status Report proposing a deadline for filing any renewed or amended petition for a writ of habeas corpus and a related briefing schedule.

(2) Petitioner's pro se "EMERGENCY MOTION TO ENFORCE AND MOTION [FOR] TRO," docket no. 15, is RENOTED to November 30, 2026.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk